# EXHIBIT B

**Patent Claims Analysis**
**of**
**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**
**Sam's Club's Scan & Go™**

# US9280689B2

United States

Inventor Marvin T. Ling

Current Assignee Individual

Worldwide applications

2011  WO ~~EP~~ US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments
arrow_upward
101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Sam's Club's Scan & Go™* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br> |

| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code ["MBR# 10142120000000000"]** *to a person for their use to* **purchase ["Purchase and refill prescriptions"]** *goods [*"**purchase ["Purchase and refill prescriptions"]** *and refill prescriptions"].*<br><br>*For example, Sam's Club's Scan & Go feature assigns you a unique membership number (e.g., MBR# 10142120000000000), which you then use in the app to purchase items and to refill your prescriptions.*<br><br>***personal code***<br>***MBR# 10142120000000000***<br><br><br><br><*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025<br><br>***purchase goods*** |

## About this app →

· Easily transfer prescriptions directly in the app.

· Purchase and refill prescriptions.

· Track prescriptions for the whole family, including your pets.

<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> ©
2025

| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said **personal code** ["MBR# 10142120000000000"] into barcode format to form a **User ID Barcode** ["SEE IMAGE BELOW"], said **User ID Barcode** ["SEE IMAGE BELOW"] corresponding to said **personal code** ["MBR# 10142120000000000"] and including at least one **special character** ["MBR# "] to distinguish the barcode as a **User ID Barcode** ["SEE IMAGE BELOW"] from a **product barcode** ["SEE IMAGE BELOW"].*<br><br>*For example, Scan & Go app converts your membership number (for example, MBR # 10142120000000000) into a scannable User ID barcode. This barcode still encodes your original membership number but embeds at least one extra digit so that, when scanned, the system recognizes it as your membership ID rather than a product code.* |

**personal code**
**MBR# 10142120000000000**



*<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US>* © 2025

*User ID Barcode*



<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025

*special character*
*MBR#*



<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US> © 2025

*product barcode*



| | | |
|---|---|---|
| | | <https://www.samsclub.com/p/lawry-s-garlic-salt-33oz/105878?xid=plp_product_2> © 2025 |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code** ["MBR# 10142120000000000"] in said **User ID Barcode** ["SEE IMAGE BELOW"]format by said person for use to **purchase** ["Purchase and refill prescriptions"] goods ["purchase ["Purchase and refill prescriptions"] and refill prescriptions"] and storing said **personal code** ["MBR# 10142120000000000"] in a **User Vendor Management Server** ["server"] to permit **purchase** ["Purchase and refill prescriptions"]s to be made at a vendor.*<br><br>*For example, Scan & Go app stores your membership number (e.g., MBR # 10142120000000000) in barcode form on your device so you can use it to purchase or refill prescriptions. It also saves that same membership number on Sam's Club's server, authorizing those transactions at the pharmacy counter.* |
| | | ***personal code***<br>***MBR# 10142120000000000*** |



<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US> © 2025

*User ID Barcode*



<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US> © 2025

*purchase goods*

### About this app  →

· Easily transfer prescriptions directly in the app.

· <u>Purchase and refill prescriptions</u>.

· Track prescriptions for the whole family, including your pets.

<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US> © 2025

*User Vendor Management Server*

This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.

**Status and Error codes:**

| Code | Description | Notes |
|------|-------------|-------|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The <mark>server</mark> understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<*https://developer.samsclub.com/API/status-code/?h=server*> © 2025

| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account** **["membership account"]** in a **User Vendor Management Server** **["server"]** corresponding to said **personal code ["MBR# 10142120000000000"]**.*<br><br>*For example, Scan & Go system creates and links a membership account on Sam's Club's servers to your unique membership number (e.g., MBR # 10142120000000000).* |
|---|---|---|
| | | ***User Account***<br>**Who can redeem my Sam's Cash?**<br>**Sam's Cash provided by Sam's Club**<br>Sam's Cash earned from Plus membership, Bonus Offers, and other Sam's Cash promotions is shared between the Primary and Complimentary members of each member account. However, the Primary <u>membership account</u> does not have access to the Sam's Cash earned by Add-on memberships. Sam's Cash earned by Add-ons members is shared between the Add-on Primary Member and the Add-on Complimentary member.<br><br>*<https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq>* © 2025 |
| | | ***User Vendor Management Server*** |

This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.

**Status and Error codes:**

| Code | Description | Notes |
|------|-------------|-------|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The *server* understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<*https://developer.samsclub.com/API/status-code/?h=server*> © 2025

*personal code*

**MBR# 10142120000000000**



**Digital membership card.**

So you always have it!

| | | |
|---|---|---|
| | | <*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025 |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) depositing funds in said **User Account ["membership account"]** to establish a **credit limit ["limits"]**.*<br><br>*For example, Scan & Go system allows you to add funds to your membership account, establishing spending limits that control how much you can purchase through the app.* |
| | | ***User Account***<br>**Who can redeem my Sam's Cash?**<br>**Sam's Cash provided by Sam's Club**<br>Sam's Cash earned from Plus membership, Bonus Offers, and other Sam's Cash promotions is shared between the Primary and Complimentary members of each member account. However, the Primary membership account does not have access to the Sam's Cash earned by Add-on memberships. Sam's Cash earned by Add-ons members is shared between the Add-on Primary Member and the Add-on Complimentary member.<br><*https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq*> © 2025 |
| | | ***credit limit***<br>**Is there a limit to the amount of Sam's Cash I can earn?**<br>Please review the details for each way to earn Sam's Cash to determine if there are **limits** to how much Sam's Cash you can earn. Currently, the **limits** are as follows:<br>1. Plus Rewards - $500/yr<br>2. Sam's Club Mastercard - $5,000/yr<br>3. Bonus Offers Program - no **limit**<br>4. Other Sam's Cash promotions - as indicated in the promotion's terms and conditions<br><*https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq*> © 2025 |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and | *(f) conducting **purchase ["Purchase and refill prescriptions"]**s at vendors each having a **vendor server ["server"]** wherein each **purchase ["Purchase and refill prescriptions"]** includes scanning **product barcode ["SEE IMAGE BELOW"]**s including **product price ["members-only prices"]** and said **User ID Barcode ["SEE IMAGE BELOW"]** with a **product barcode ["SEE IMAGE BELOW"]** scanner ["Scan and Go"] at the **vendor cash register ["register"]** and transmitting both **product barcode ["SEE IMAGE BELOW"]**s and **User ID Barcode ["SEE IMAGE BELOW"]** to said **vendor server ["server"]**.* |

| transmitting both product barcodes and User ID Barcode to said vendor server; | *For example, When a member makes a purchase or refills a prescription using Scan & Go, they scan each item's barcode—which reflects the members-only price—and then scan their User ID barcode at the in-club register or kiosk. Both the product barcodes and the User ID barcode are transmitted together to Sam's Club's server to process and record the transaction.* |

*purchase*

## About this app                                                    →

· Easily transfer prescriptions directly in the app.

· <u>Purchase and refill prescriptions</u>.

· Track prescriptions for the whole family, including your pets.

<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025

*vendor server*

This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.

**Status and Error codes:**

| Code | Description | Notes |
|------|-------------|-------|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The ==server== understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<*https://developer.samsclub.com/API/status-code/?h=server*> © 2025

*product price*

Hate waiting in line? Thanks to Sam's Club you can skip the checkout line in the club with convenient Scan & Go™ shopping. Simply shop, scan and pay all in the app. Or schedule your order for Curbside Pickup at a time that works for you. Just drive up and get on with your day! While you're there, save time at the pump. Pay directly in the app for your fuel, at <u>member's-only prices</u>. Join and see how Sam's Club makes it easy for you to do more with your day.

<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> ©

2025

*User ID Barcode*



<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> ©
2025

*product barcode*



<https://www.samsclub.com/p/lawry-s-garlic-salt-33oz/105878?xid=plp_product_2> © 2025

*scanner*

**Where can I use my Sam's Cash?**
Sam's Cash can be used on most purchases in Sam's Club and at Samsclub.com. In-club, this includes purchases at any register, self-checkout lane, or using Scan and Go™. Online, this includes purchases on Samsclub.com or the Sam's Club app. Sam's Cash cannot be used for purchases from third parties, some prescription-related products and alcohol in some states.

<https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq> © 2025

*vendor cash register*

**Where can I use my Sam's Cash?**
Sam's Cash can be used on most purchases in Sam's Club and at Samsclub.com. In-club, this includes purchases at any register, self-checkout lane, or using Scan and Go™. Online, this includes purchases on Samsclub.com or the Sam's Club app. Sam's Cash cannot be used for purchases from third parties, some prescription-related products and alcohol in some states.

<https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq> © 2025

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price | *(g) detecting the **User ID Barcode** ["SEE IMAGE BELOW"] at the **vendor server** ["server"] and forwarding the ID Barcode and **purchase** ["Purchase and refill prescriptions"] price ["members-only prices"] to said **User Vendor Management Server** ["server"].* |
|-----|---|---|

| to said User Vendor Management Server; | *For example, When you scan your User ID barcode, the Scan & Go system recognizes it and then sends both your membership ID and the applicable members-only prices up to the Sam's Club server for processing.* |
|---|---|
| | **User ID Barcode** |
| | *<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US>* © 2025 |
| | ***vendor server*** |

This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.

**Status and Error codes:**

| Code | Description | Notes |
|------|-------------|-------|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The server understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<*https://developer.samsclub.com/API/status-code/?h=server*> © 2025

### purchase price

Hate waiting in line? Thanks to Sam's Club you can skip the checkout line in the club with convenient Scan & Go™ shopping. Simply shop, scan and pay all in the app. Or schedule your order for Curbside Pickup at a time that works for you. Just drive up and get on with your day! While you're there, save time at the pump. Pay directly in the app for your fuel, at member's-only prices. Join and see how Sam's Club makes it easy for you to do more with your day.

<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025

### User Vendor Management Server

This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.

**Status and Error codes:**

| Code | Description | Notes |
|------|-------------|-------|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The server understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<*https://developer.samsclub.com/API/status-code/?h=server*> © 2025

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the* **purchase** *["Purchase and refill prescriptions"]* *price* *["members-only prices"]* *with the funds in said* **User Vendor Management Server** *["server"]* *to determine if there are available funds within the* **credit limit** *["limits"]* *in the User Vendor Management Server account, and if there are, sending an* **approval signal** *["credit approval"]* *to the* **vendor server** *["server"].*<br><br>*For example, When you scan an item with Sam's Club's Scan & Go, the system at the server compares the "members-only" price against the balance available in your account. If your account has sufficient funds (per the purchase limits on file), the server immediately sends back an approval to complete the transaction.* |
|  |  | **purchase price**<br><br>Hate waiting in line? Thanks to Sam's Club you can skip the checkout line in the club with convenient Scan & Go™ shopping. Simply shop, scan and pay all in the app. Or schedule your order for Curbside Pickup at a time that works for you. Just drive up and get on with your day! While you're there, save time at the pump. Pay directly in the app for your fuel, at member's-only prices. Join and see how Sam's Club makes it easy for you to do more with your day.<br><br><*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025 |
|  |  | **User Vendor Management Server**<br><br>This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.<br><br>**Status and Error codes:** |

| Code | Description | Notes |
|---|---|---|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The server understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<*https://developer.samsclub.com/API/status-code/?h=server*> © 2025

**credit limit**

**Is there a limit to the amount of Sam's Cash I can earn?**

Please review the details for each way to earn Sam's Cash to determine if there are **limits** to how much Sam's Cash you can earn. Currently, the <u>**limits**</u> are as follows:

1. Plus Rewards - $500/yr

2. Sam's Club Mastercard - $5,000/yr

3. Bonus Offers Program - no **limit**

4. Other Sam's Cash promotions - as indicated in the promotion's terms and conditions

<<u>*https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq*</u>> © 2025

---

***approval signal***

SamsClub.com. See the "**How to Earn Sam's Cash with your Sam's Club®** **Mastercard®"** rewards program terms for details. Subject to <u>credit approval</u>. The Sam's Club Mastercard is issued by Synchrony Bank pursuant to a license by Mastercard International Incorporated. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

<<u>*https://www.samsclub.com/content/credit*</u>> © 2025

---

***vendor server***

This section provides you the list of expected HTTP response error codes while making the API calls to SAM's Sponsored APIs.

**Status and Error codes:**

| Code | Description | Notes |
|------|-------------|-------|
| 200 | OK | The request was successful |
| 400 | Bad Request | The request was not properly formed and therefore was not successful |
| 422 | Unprocessable Entity | The <mark>server</mark> understands the content type of the request entity, the syntax of the request entity is correct, but it was unable to process the contained instructions |

<<u>*https://developer.samsclub.com/API/status-code/?h=server*</u>> © 2025

---

| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* ***approval signal*** **["credit approval"]** *to the* ***vendor cash register*** **["register"]**.<br><br>*For example, Scan & Go system sends the server's purchase approval back to the in-store register so that your transaction can be completed.* |
|-----|-----|-----|
| | | ***approval signal*** |



SamsClub.com. See the **"How to Earn Sam's Cash with your Sam's Club® Mastercard®"** rewards program terms for details. Subject to <u>credit approval</u>. The Sam's Club Mastercard is issued by Synchrony Bank pursuant to a license by Mastercard International Incorporated. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

<*https://www.samsclub.com/content/credit*> © 2025

*vendor cash register*

**Where can I use my Sam's Cash?**

Sam's Cash can be used on most purchases in Sam's Club and at Samsclub.com. In-club, this includes purchases at any <u>register</u>, self-checkout lane, or using Scan and Go™. Online, this includes purchases on Samsclub.com or the Sam's Club app. Sam's Cash cannot be used for purchases from third parties, some prescription-related products and alcohol in some states.

<*https://help.samsclub.com/app/answers/detail/a_id/3340/kw/limit?xid=help_search-results_link_1_sams-cash-faq*> © 2025

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase ["Purchase and refill prescriptions"]** *transactions [*"**purchase[**"**Purchase and refill prescriptions"]** *and refill prescriptions"] using said* **User ID Barcode ["SEE IMAGE BELOW"]**.<br><br>*For example, Scan & Go process (steps f–i) can be repeated for additional purchases or prescription refills by scanning each item's product barcode and then scanning your User ID barcode again.* |
|------|------|------|

*purchase transactions*

## About this app →

· Easily transfer prescriptions directly in the app.

· <u>Purchase and refill prescriptions</u>.

· Track prescriptions for the whole family, including your pets.

<*https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US*> © 2025

*User ID Barcode*



<https://play.google.com/store/apps/details?id=com.rfi.sams.android&hl=en_US> © 2025

- **PRODUCT/SERVICE = "*Sam's Club's Scan & Go™*"**

- **approval signal = "credit approval"**
- **credit limit = "limits"**
- **personal code = "MBR# 10142120000000000"**
- **product barcode = "SEE IMAGE BELOW"**
- **product price = "member's-only prices"**
- **purchase goods = "Purchase and refill prescriptions"**
- **purchase price = "member's-only prices"**
- **purchase transactions = "Purchase and refill prescriptions"**
- **purchase = "Purchase and refill prescriptions"**
- **scanner = "Scan and Go™"**
- **special character = "MBR #"**
- **User Account = "membership account"**
- **User ID Barcode = "SEE IMAGE BELOW"**

| | | <ul><li>***User Vendor Management Server = "server"***</li><li>***vendor cash register = "register"***</li><li>***vendor server = "server"***</li></ul> |
|---|---|---|