# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>      Plaintiff, | Civil Action No. 2:26-cv-00024 |
| v. | |
| **SAM'S WEST, INC.,**<br>      Defendant | JURY TRIAL DEMANDED |

## NOTICE OF RELATED CASES

Please be advised that the attached "Exhibit A" contains all related cases. The cases are related by common entity, Wolverine Barcode IP, LLC and common patents.

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
**Ramey LLP**
Texas State Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***