EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Wolverine Barcode IP, LLC

Plaintiff

v.  Civ. No. 2:26-cv-00024-JRG

Sam's West, Inc.

Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Sam's West, Inc.

Date Party's answer was originally due: 02/25/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 04/13/2026

Date: 02/10/2026

/s/ *[signature]*
Full Name: Eric H. Findlay
State Bar No.: 00789886
Address: Findlay Craft, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703

Phone: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)