# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**SAM'S WEST, INC.,**<br>    Defendant | Civil Action No. 2:26-cv-00024-JRG<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Wolverine Barcode IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  March 16, 2026

                                              Respectfully submitted,

                                              */s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that March 16, 2026, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III