**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00024-JRG |
| | § | |
| SAM'S WEST, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal (the "Notice") filed by Plaintiff Wolverine Barcode IP, LLC ("Plaintiff").  (Dkt. No. 9).  In the Notice, Plaintiff dismisses "all of [its] claims" with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (*Id*. at 1). Defendant Sam's West, Inc. has not yet answered the Complaint or moved for summary judgment. (*Id*.).

Having considered the Notice, the Court **ACKNOWLEDGES AND ACCEPTS** that all of Plaintiff's claims in the above-captioned case are **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs, expenses, and attorneys' fees.  All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

## So Ordered this

**Mar 18, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE